UNITED STATES DISTRICT COURT
for the
District of Oregon

Ednira Montoya, et.al.

                Plaintiff(s)

v.

Rose City Taqueria LLC, et.al.

                Defendant(s)

Case No. 3:21-cv-1889-YY

DECLARATION OF SERVICE

| State of Oregon | ) | |
|---|---|---|
| | ) | ss. |
| County of Multnomah | ) | |

I, Steven H. Jensen, declare that I served a **Summons, Complaint, and Civil Cover Sheet** in this action by delivering or leaving the documents as follows:

**Service upon PNW Eats LLC,** by leaving documents with Verenice Mendoza, who is the Registered Agent thereof; at 7007 N. Fessenden St, Portland, OR 97203; on 2/22/2022, at 3:30 PM o'clock.

I make this Declaration knowing the above facts are true to the best of my knowledge and belief and that this Declaration is to be used as evidence in a legal matter and that it is subject to all penalties and sanctions for perjury and false swearing.

By _____
Steven H. Jensen
10232 SW 59th Place
Portland, OR 97219
(503) 970-8974

UNITED STATES DISTRICT COURT
for the
District of Oregon

Ednira Montoya, et.al.

        Plaintiff(s)

Case No. 3:21-cv-1889-YY

v.

Rose City Taqueria LLC, et.al.

DECLARATION OF SERVICE

        Defendant(s)

| | |
|---|---|
| State of Oregon | ) |
| | ) ss. |
| County of Multnomah | ) |

I, Steven H. Jensen, declare that I served a **Summons, Complaint, and Civil Cover Sheet** in this action by delivering or leaving the documents as follows:

**Service upon Rose City Taqueria LLC,** by leaving documents with Verenice Mendoza, who is a managing member thereof; at 7007 N. Fessenden St, Portland, OR 97203; on 2/22/2022, at 3:30 PM o'clock.

I make this Declaration knowing the above facts are true to the best of my knowledge and belief and that this Declaration is to be used as evidence in a legal matter and that it is subject to all penalties and sanctions for perjury and false swearing.

By: _____
Steven H. Jensen
10232 SW 59th Place
Portland, OR 97219
(503) 970-8974

UNITED STATES DISTRICT COURT
for the
District of Oregon

Ednira Montoya, et.al.

        Plaintiff(s)

Case No. 3:21-cv-1889-YY

v.

Rose City Taqueria LLC, et.al.

DECLARATION OF SERVICE

        Defendant(s)

State of Oregon    )
                        ) ss.
County of Multnomah  )

I, Steven H. Jensen, declare that I served a **Summons, Complaint, and Civil Cover Sheet** in this action by delivering or leaving the documents as follows:

**Personal Service upon Verenice Mendoza**; at 7007 N. Fessenden St, Portland, OR 97203; on 2/22/2022, at 3:30 PM o'clock.

I make this Declaration knowing the above facts are true to the best of my knowledge and belief and that this Declaration is to be used as evidence in a legal matter and that it is subject to all penalties and sanctions for perjury and false swearing.

By _____
Steven H. Jensen
10232 SW 59th Place
Portland, OR 97219
(503) 970-8974