IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EDNIRA MONTOYA**, **JOSE FLORES**, and **ALEJANDRO MONTES**, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**ROSE CITY TAQUERIA LLC**, a domestic limited liability company, **PNW EATS, LLC**, a domestic limited liability company, and **VERENICE MENDOZA**, an individual,<br><br>Defendants. | Case No. 3:21-cv-1889-YY<br><br>**JUDGMENT** |

Based on the Court's ORDER, ECF 35, and the FINDINGS AND

RECOMMENDATION, ECF 32,

**IT IS ADJUDGED** that:

(1) Plaintiffs shall recover against Defendants damages and penalties in the

amount of $71,335.02 for Ednira Montoya, $80,192.86 for Jose Flores, and $49,233.50 for

Alejandro Montes;

(2) Plaintiffs shall also recover against Defendants $21,890 in attorney's fees and $597 in costs; and

(3) Plaintiffs shall also recover against Defendants post-Judgment simple interest at the annual rate of 4.73 percent from the date of this Judgment until paid in full.

DATED this 13th day of January, 2023.

<u>/s/ *Michael H. Simon*</u>
Michael H. Simon
United States District Judge